UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CLARY E. CARSON,

       Plaintiff,

      v.                                 Civil Action No.  1:10-cv-11252-WGY

BAC LOAN SERVICING, L.P.,
d/b/a BANK OF AMERICA HOME LOANS,

       Defendant.

**JOINT STATEMENT OF THE PARTIES AND
PROPOSED SCHEDULING AND DISCOVERY PLAN**

Pursuant to Fed. R. Civ. P. 26(f), Local Rule 16.1 and the Court's Notice of Scheduling Conference, the parties, through counsel, conducted a conference for the purposes set forth in the Court's Notice on November 22, 2010.  Participating in the conference were Josef Culik of Culik Law, P.C., on behalf of Clary E. Carson ("Plaintiff"), and Brian M. LaMacchia of Goodwin Procter, LLP on behalf of BAC Home Loan Servicing ("Defendant") (collectively the "Parties").

**I.    AGREED SCHEDULING AND DISCOVERY PLAN**

The Parties have agreed to conform with the obligation to limit discovery as set forth in Rule 26(b), including compliance with the automatic disclosure rules set out in Rule 26(a).  The Parties further agree that the case should not be a complex fact case and that discovery can be conducted in relatively short order.  The Parties do not believe that phasing of discovery is necessary or warranted given the lack of complexity governing this matter.

**II.    THE PARTIES PROPOSED DISCOVERY PLAN**

       A.    The Parties will serve their Rule 26(a) Initial Disclosures by April 18, 2011.

    B.    Addition of Parties and Amendment of Pleadings to be completed by <u>June 30, 2011</u>.

    C.    <u>Discovery</u>:  All non-expert discovery, including depositions of all fact witnesses, shall be completed by <u>October 1, 2011</u>.

    D.    The parties do not anticipate the necessity for any third party actions, cross-claims and counter-claims at this time.

    E.    The Plaintiffs do not believe there are more than ten fact witnesses with possible relevant evidence to their claims.  Therefore, the parties agree to abide by the presumptive limits of ten (10) depositions per side as set forth in Rule 30(a)(2)(A).  The parties also agree to abide by the limit of twenty-five (25) interrogatories per party as set forth in Rule 33(a).

### III. EXPERT DISCOVERY, DISPOSITIVE MOTION SCHEDULE AND PRETRIAL CONFERENCE

    A.    <u>Expert Witnesses</u>:  The parties do not anticipate either side will be calling expert witnesses at trial.  In the event that expert witnesses will be called, the Plaintiffs shall disclose their experts, along with a written report prepared and signed by the witness pursuant to Rule 26(a)(2) by <u>November 1, 2011</u>.  The Defendant shall disclose its experts, along with a written report prepared and signed by the witness pursuant to Rule 26(a)(2), by <u>December 1, 2011</u>.  The parties shall complete all expert discovery, including all depositions of experts, by <u>January 15, 2011</u>.

    B.    <u>Dispositive Motions</u>:  All dispositive motions shall be filed by <u>February 15, 2011</u>.  One or both parties may elect to file for partial summary judgment on certain claims at any time before that deadline.  Doing so shall not waive or prejudice any

party's right to file additional dispositive motions before the February 15, 2011 deadline.

C.  <u>Final Pre-trial Conference</u>:  A final pre-trial conference shall be held 60 days after rulings on any dispositive motions or at such other time as the Court orders.  The anticipated length of trial is <u>four full days</u>.

IV.  **CONSENT TO TRIAL BY MAGISTRATE JUDGE**

The Parties do not assent to a trial by magistrate judge at this time.

V.  **CERTIFICATIONS PURSUANT TO LOCAL RULE 16.1 (d)(3)**

The Parties' D. Mass. L.R. 16.1 (D)(3) certifications will be filed under separate cover.

Respectfully submitted,

| | |
|---|---|
| CLARY E. CARSON, | BAC HOME LOAN SERVICING, LP, |
| By his attorney, | By its attorneys, |
| /s/ Josef Culik | /s/ Brian M. LaMacchia |
| Josef Culik (BBO #672665) | Brian M. LaMacchia (BBO #664369) |
| Culik Law P.C. | Chad W. Higgins (BBO #668924) |
| 100 Cummings Center | GOODWIN PROCTER LLP |
| Suite 107K | Exchange Place |
| Beverly, MA 01915 | 53 State Street |
| Tel.: 978-910-0248 | Boston, Massachusetts 02109 |
| Fax: 978-910-0247 | Tel.: 617.570.1000 |
| Josef@culiklaw.com | Fax: 617.523.1231 |
| | blamacchia@goodwinprocter.com |
| | chiggins@goodwinprocter.com |

Dated:  March 28, 2011

**CERTIFICATE OF SERVICE**

I, Brian M. LaMacchia, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and that paper copies will be sent to those indicated as non-registered participants on March 28, 2011.

/s/ Brian M. LaMacchia