UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CLARY E. CARSON,

  Plaintiff,

v.

BAC LOAN SERVICING, L.P.,
d/b/a BANK OF AMERICA HOME LOANS,

  Defendant.

*as modified*

YOUNG, D.J.
So ordered as the case management
scheduling order.
  Discovery due *Jan 15, 2012*
  Dispositive Motions due *Feb 1, 2012*

*William A. Young*
U.S. District Judge

Civil Action No. 1:10-cv-11252-WGY

## JOINT STATEMENT OF THE PARTIES AND
## PROPOSED SCHEDULING AND DISCOVERY PLAN

Pursuant to Fed. R. Civ. P. 26(f), Local Rule 16.1 and the Court's Notice of Scheduling Conference, the parties, through counsel, conducted a conference for the purposes set forth in the Court's Notice on November 22, 2010. Participating in the conference were Josef Culik of Culik Law, P.C., on behalf of Clary E. Carson ("Plaintiff"), and Brian M. LaMacchia of Goodwin Procter, LLP on behalf of BAC Home Loan Servicing ("Defendant") (collectively the "Parties").

**I.    AGREED SCHEDULING AND DISCOVERY PLAN**

The Parties have agreed to conform with the obligation to limit discovery as set forth in Rule 26(b), including compliance with the automatic disclosure rules set out in Rule 26(a). The Parties further agree that the case should not be a complex fact case and that discovery can be conducted in relatively short order. The Parties do not believe that phasing of discovery is necessary or warranted given the lack of complexity governing this matter.

**II.    THE PARTIES PROPOSED DISCOVERY PLAN**

A.    The Parties will serve their Rule 26(a) Initial Disclosures by April 18, 2011.

B.     Addition of Parties and Amendment of Pleadings to be completed by June 30, 2011.

C.     Discovery: All non-expert discovery, including depositions of all fact witnesses, shall be completed by October 1, 2011.

D.     The parties do not anticipate the necessity for any third party actions, cross-claims and counter-claims at this time.

E.     The Plaintiffs do not believe there are more than ten fact witnesses with possible relevant evidence to their claims.  Therefore, the parties agree to abide by the presumptive limits of ten (10) depositions per side as set forth in Rule 30(a)(2)(A).  The parties also agree to abide by the limit of twenty-five (25) interrogatories per party as set forth in Rule 33(a).

III.   **EXPERT DISCOVERY, DISPOSITIVE MOTION SCHEDULE AND PRETRIAL CONFERENCE**

A.     Expert Witnesses:  The parties do not anticipate either side will be calling expert witnesses at trial.  In the event that expert witnesses will be called, the Plaintiffs shall disclose their experts, along with a written report prepared and signed by the witness pursuant to Rule 26(a)(2) by November 1, 2011.  The Defendant shall disclose its experts, along with a written report prepared and signed by the witness pursuant to Rule 26(a)(2), by December 1, 2011.  The parties shall complete all expert discovery, including all depositions of experts, by January 15, 2011.

B.     Dispositive Motions:  All dispositive motions shall be filed by February 15, 2011. One or both parties may elect to file for partial summary judgment on certain claims at any time before that deadline.  Doing so shall not waive or prejudice any

party's right to file additional dispositive motions before the February 15, 2011 deadline.

C.   <u>Final Pre-trial Conference</u>:  A final pre-trial conference shall be held 60 days after rulings on any dispositive motions or at such other time as the Court orders.  The anticipated length of trial is <u>four full days</u>.

## IV.   CONSENT TO TRIAL BY MAGISTRATE JUDGE

The Parties do not assent to a trial by magistrate judge at this time.

## V.   CERTIFICATIONS PURSUANT TO LOCAL RULE 16.1 (d)(3)

The Parties' D. Mass. L.R. 16.1 (D)(3) certifications will be filed under separate cover.

Respectfully submitted,

CLARY E. CARSON,

By his attorney,

/s/ Josef Culik
Josef Culik (BBO #672665)
Culik Law P.C.
100 Cummings Center
Suite 107K
Beverly, MA 01915
Tel.: 978-910-0248
Fax: 978-910-0247
Josef@culiklaw.com

Dated:  March 28, 2011

BAC HOME LOAN SERVICING, LP,

By its attorneys,

/s/ Brian M. LaMacchia
Brian M. LaMacchia (BBO #664369)
Chad W. Higgins (BBO #668924)
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, Massachusetts 02109
Tel.: 617.570.1000
Fax:  617.523.1231
blamacchia@goodwinprocter.com
chiggins@goodwinprocter.com

## CERTIFICATE OF SERVICE

I, Brian M. LaMacchia, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and that paper copies will be sent to those indicated as non-registered participants on March 28, 2011.

/s/ Brian M. LaMacchia